IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | No. 09-20159-01-KHV |
| DERIC MALONE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant's <u>Unopposed Motion For Early Termination Of Supervised Release</u> (Doc. #87) filed February 19, 2025, which the government does not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the positions of the U.S. Attorney and the U.S. Probation Office. For substantially the reasons stated in defendant's unopposed motion, the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's <u>Unopposed Motion For Early Termination Of Supervised Release</u> (Doc. #87) filed February 19, 2025 is **SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

Dated this 24th day of February, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge